USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANTIAGO GONZALEZ,

        Plaintiff,

- against -                   **ORDER**

UNITED STATES,              19 CV 2747 (AT) (KNF)

        Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Please be advised that the settlement conference scheduled in the above-captioned action for December 4, 2019, at 2:30 p.m., shall be held in courtroom **20A, 500 Pearl Street, New York, New York**.

Dated: New York, New York        SO ORDERED:
December 3, 2019

                                        /s/ Kevin Nathaniel Fox
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE