UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

-------------------------------------------------------------X

SANTIAGO GONZALEZ,                          :
                                            :
                Plaintiff,                  :
                                            :                   ORDER
        -against-                           :
                                            :               19-CV-2747 (AT)(KNF)
UNITED STATES,                              :
                                            :
                Defendant.                  :
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


A telephonic conference was held with counsel to the respective parties on December 3,

2019. Based on the discussion had during the conference, the settlement conference scheduled

previously for December 4, 2019, is adjourned. After a substitution for the plaintiff is made, see

Fed. R. Civ. P. 25, the parties shall advise the Court in writing and shall propose three dates on

which all parties are available to attend a settlement conference.

Dated: New York, New York                   SO ORDERED:
       December 4, 2019

                                            Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE